IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROBERT GALUZNY, etc.,

                      Plaintiff,                    Case No. 3:03 CV 7629

    -vs-

                                                JUDGMENT ENTRY

RAGHU RAO, et al.,

                    Defendant.

KATZ, J.

      For the reasons stated in the Memorandum Opinion filed contemporaneously with this entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment is entered in favor of HairFX, Inc. and against Raghu Rao in the amount of $111,586.89 (one hundred eleven thousand five hundred eighty-six dollars and eighty-nine cents).

      FURTHER ORDERED THAT judgment is entered in favor of Robert John Galuzny and against Raghu Rao in the amount of $164,791.00 (one hundred sixty-four thousand seven hundred ninety-one dollars).

                                                           S/ *David A. Katz*
                                                           DAVID A. KATZ
                                                           SENIOR U. S. DISTRICT JUDGE